UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DEBORAH LAUFER,                                                         :
                                                                        :
                              Plaintiffs,                               :
                                                                        :         20-CV-6226 (JPC)
          -v-                                                           :
                                                                        :         ORDER
EXCELSIOR SYNDICATE,                                                    :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of a motion from Louis Brett Goldman to withdraw as attorney for Defendant Excelsior Syndicate due to "irreconcilable differences" between his law firm and Defendant (Dkt. 17), and Defendant's motion to adjourn the January 26, 2021 conference in light of his motion to withdraw (Dkt. 18).  It is hereby ORDERED that Defendant's motion to adjourn the January 26, 2021 conference is DENIED.  Defendant's counsel should be prepared to discuss the motion to withdraw at that conference, including Defendant's representation in the event that Mr. Goldman's withdrawal is granted.

       SO ORDERED.

Dated: January 26, 2021
       New York, New York
                                          JOHN P. CRONAN
                                        United States District Judge