```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DEBORAH LAUFER,                                                        :
                                                                       :
                              Plaintiffs,                              :
                                                                       :            20-CV-6226 (JPC)
              -v-                                                      :
                                                                       :                ORDER
EXCELSIOR SYNDICATE,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 25, 2021, Louis Brett Goldman filed a motion to withdraw as attorney for Defendant Excelsior Syndicate due to "irreconcilable differences" between his law firm and Defendant. (Dkt. 17.) The Court discussed this request at the conference that had been previously scheduled for January 26, 2021, during which time the Court ordered defense counsel to file a status letter by February 9, 2021 addressing Defendant's plan for representation in this matter and whether counsel wished to maintain his motion to withdraw. On February 9, 2021, counsel filed a letter requesting an additional week to advise the Court of the identity of incoming counsel and to effectuate substitution papers (Dkt. 20), which the Court granted (Dkt. 21). Neither Mr. Goldman nor any new counsel has filed such a letter or any substitution papers in this case. Accordingly, it is hereby ORDERED that Mr. Goldman must file a letter by March 10, 2021 apprising the Court on the status of Defendant's representation in this case.

SO ORDERED.

Dated: March 8, 2021
      New York, New York
                                                     JOHN P. CRONAN
                                                     United States District Judge