```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DEBORAH LAUFER,                                                        :
                                                                       :
                            Plaintiffs,                                :
                                                                       :         20-CV-6226 (JPC)
            -v-                                                        :
                                                                       :         ORDER
EXCELSIOR SYNDICATE,                                                   :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 9, 2021, the Court adjourned all pending deadlines and conferences in this case, and ordered the parties to submit a letter updating the Court on the status of settlement discussions by March 31, 2021. The parties have not submitted their update letter. Accordingly, the parties are ordered to submit the update letter by April 20, 2021.

SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge